*Mitchell* v. *Ingersoll.*

THE rule for assigning errors having expired, the defendant entered a default against the plaintiff.

*Hopkins* moved to set it aside, on an affidavit, stating that the transcript had been written for, and was, when the rule expired, daily expected.

*Whiting*, contra, urged that an order to enlarge the time for assigning errors, ought to have been obtained.

*Per Curiam.* No *laches* is imputable to the plaintiff. He had reasonable grounds for expecting the transcript; let, therefore, the default be set aside on payment of costs.